Dear Honorable Judge Davila —

The court has (had, before the wonderful Virginia's objections + recommendations) already granted (given its word) the ADR date for 7/13/2021 @ 1:30 p.m. I know that maybe I have failed a few times in life, but <u>I HAVE TRIED TO KEEP MY WORD</u>.

I would like the honorable Federal Court of the Great city of San Jose (St. Joseph) to abide by its word and be a man (court) of its word and keep that date (7/13/21)

It has the ability to do so. We need to try to be good Catholics.

Yours In Christ

C. M. Busto  (C.M.B.)

FILED
APR 30 2021
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA
SAN JOSE OFFICE

C. M. Busto
503 Olympic Blvd.
Santa Monica, CA 90401

Case # 5:21-cv-02642-EJD

LOS ANGELES CA 900
27 APR 2021 PM 11 L

this is version of a legal stamp

EarthDay April 22nd 2021

U.S. District Court Clerk
Edward J. Davila
280 S. 1st St.
San Jose, CA 95113

T. rex FOREVER USA 2019

(the ink would be valuable)

Fellow Believers in the Faith of Christ!

95113-300299

everyone-president.wixsite.com/331million2024