UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| C. M. BUSTO,<br><br>    Plaintiff,<br><br>v.<br><br>GOOGLE, et al.,<br><br>    Defendants. | Case No. 5:21-cv-02642-EJD<br><br>**ORDER RE SERVICE OF ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS AND REPORT & RECOMMENDATION RE DISMISSAL** |

Pro se plaintiff Chad M. Busto filed the complaint in this action and a motion for leave to proceed in forma pauperis ("IFP") on April 12, 2021. Dkt. Nos. 1, 2. On April 19, 2021, Magistrate Judge Virginia K. DeMarchi issued an order granting IFP status and reassigning the action to a district judge, and a Report and Recommendation ("R&R") to dismiss the action without leave to amend. Dkt. No. 6. The Clerk of the Court served a copy of Judge DeMarchi's order and R&R on Mr. Busto by mail; however, that mail was returned as undeliverable. Dkt. Nos. 6, 9.

On May 10, 2021, Mr. Busto submitted a notice of change of address. Dkt. No. 10. Accordingly, the Court directs the Clerk of the Court to re-serve Judge DeMarchi's orders and R&R (Dkt. No. 6) upon Mr. Busto at his new address, together with a copy of this order. Mr. Busto may file an objection to the R&R by **June 22, 2021**. Fed. R. Civ. P. 72.

**IT IS SO ORDERED.**

Dated: June 1, 2021

EDWARD J. DAVILA
United States District Judge

Case No.: 5:21-cv-02642-EJD
ORDER RE SERVICE

1