1

2

3

4                           UNITED STATES DISTRICT COURT

5                         NORTHERN DISTRICT OF CALIFORNIA

6                                  SAN JOSE DIVISION

7

8    C. M. BUSTO,                              Case No. 5:21-cv-02642-EJD

              Plaintiff,

9

     v.                                        **ORDER ADOPTING MAGISTRATE**
10                                             **JUDGE'S REPORT AND**
     GOOGLE, et al.,                           **RECOMMENDATION AND**
11                                             **DISMISSING CASE**
              Defendants.

12                                             Re: Dkt. No. 6

13          The Court has reviewed Magistrate Judge Virginia K. DeMarchi's Report and

14   Recommendation to dismiss this action based on Plaintiff Chad M. Busto's failure to state a

15   legally coherent theory of liability.  Dkt. No. 6.  The Court has reviewed two submissions from

16   Mr. Busto which it construes as objections to the Report.  Dkt. Nos. 14, 15.  Mr. Busto's

17   objections do not provide a basis for rejecting Judge DeMarchi's Report.[1]  The Court finds the

18   Report correct, well-reasoned and thorough, and adopts it in every respect.  Accordingly, the Court

19   DISMISSES this action pursuant to Federal Rule of Civil Procedure 41(b).

20          The Clerk of the Court shall close the file.

21          **IT IS SO ORDERED.**

22   Dated: June 22, 2021

23

24                                             _____
                                               EDWARD J. DAVILA
25                                             United States District Judge

26   [1] Mr. Busto's assertion that a hearing is scheduled for July 13, 2021 is not correct.  Although an
     initial case management conference was previously scheduled for that date before Judge
27   DeMarchi, the conference was vacated on April 19, 2021 upon reassignment to the undersigned
     judge.  Dkt. No. 7.  No hearings are currently scheduled before the Court.

28
     Case No.: 5:21-cv-02642-EJD
     ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION