Ed —

O.K., maybe I'm sorry, but I had to, this whole idea is just taking way too long.

I really still feel like we should meet around the 13th–20th of July. Do you want to make a letter and send it to me? You can choose the place & have FiBees + Cops there to screen me.

(I would prob. need it to be somewhere in Silicon valley)

Chad

FILED
JUL 08 2021
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA
SAN JOSE OFFICE

This site was designed with the WiX.com website builder. Create your website today. Start Now

"Everything that we sense is a part of us: the sun, the sky, the people around us, our country, reality, life; because our senses are a part of us."

- "The United States of America."

We Are Our Language

Business

Business De[s]

## 7. The Internet

**IF THESE WORDS EXIST, ARE THEY FACTS? AND IF THEY ARE FACTS, ARE THESE WORDS US RIGHT NOW? (THESE WORDS ARE THE INTERNET, THESE WORDS ARE US RIGHT NOW),** *then we ARE the internet.*



C.M. Busto
535 E. Yanonali St.
Santa Barbara, CA 93103

Edward J. Davila
U.S. Courthouse
280 S. 1st St.
San Jose, CA 95113