UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| C. M. BUSTO,<br><br>          Plaintiff,<br><br>   v.<br><br>GOOGLE, et al.,<br><br>          Defendants. | Case No.   5:21-cv-02642-EJD<br><br>**ORDER RE PLAINTIFF'S JULY 8, 2021 LETTER** |

On July 8, 2021, the Court received a letter from Plaintiff C.M. Busto, which the Court construes as a request for a hearing. Dkt. No. 17. Because this case has been already dismissed, that request is denied as moot. No further filings will be accepted in this case.

**IT IS SO ORDERED.**

Dated: July 9, 2021

EDWARD J. DAVILA
United States District Judge

Case No.: 5:21-cv-02642-EJD
ORDER RE PLAINTIFF'S JULY 8, 2021 LETTER
1